# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SUCCESS X. ANSCAR,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM** and
**KAZNOVA D. KNOWLES,**
Appellee.

No. 4D2024-3315

[December 18, 2025]

Appeal from the State of Florida Department of Revenue; L.T. Case No. 24-004022CS.

Success X. Anscar, Fort Pierce, pro se.

James Uthmeier, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, Child Support Enforcement, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***